AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00561 |
| | ) Assigned to: Judge Harvey, G. Michael |
| KELLY O'BRIEN, | ) Assign Date: 8/12/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | (Entering and Remaining in a Restricted Building or Grounds); |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); |
| 18 U.S.C. § 1752(a)(4) | (Engaging in Physical Violence in a Restricted Building or Grounds); |
| 40 U.S.C. § 5104(e)(2)(D) | (Disorderly Conduct in a Capitol Building); |
| 40 U.S.C. § 5104(e)(2)(F) | (Engaging in Physical Violence in the Ground or Capitol Building); |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Benjamin Jacobs, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __08/12/2021__

_____
*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*